IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| **JACOB BRASHIER,** | } |
| **Plaintiff,** | } |
| v. | } CASE NO.: 3:21-cv-00092-CLC-DCP |
| | } JURY TRIAL DEMANDED |
| **MANORHOUSE MANAGEMENT, INC.,** | } |
| **Defendant.** | } |

## NOTICE OF SETTLEMENT

**COME NOW**, Plaintiff, Jacob Brashier, and Defendant, Manorhouse Management, Inc. (hereinafter, the "Parties"), by and through their respective counsel of record, pursuant to LR68.1, and hereby notify the Court that this matter has been compromised and settled. The Parties are presently executing all necessary documentation memorializing their agreement. Once all such documents have been executed, and all material terms of the settlement have been met, the Parties will jointly file a notice of dismissal in accordance with Fed. R. Civ. P. 41 (a)(1)(A)(ii) and LR68.1.

*Respectfully submitted this 19th day of April 2021*.

**[Signature of Counsel on Page 2 of 2]**

**JACOB BRASHIER**

By: /s/ *James W. Friauf*
James W. Friauf (#027238)
LAW OFFICE OF JAMES W. FRIAUF, PLLC
9724 Kingston Pike, Suite 104
Knoxville, Tennessee 37922
Tele: (865) 236-0347
Fax: (865) 512-9174
Email: james@friauflaw.com
Our File No.: 20-079-EPL

*Counsel for Plaintiff Jacob Brashier*

**MANORHOUSE MANAGEMENT, INC.**

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By:   s/J. Lane Crowder
Jonathan C. Hancock, TN Bar # 018018 (admitted *pro hac vice*)
Shayna Giles, TN Bar # 036023 (admitted *pro hac vice*)
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Email: jhancock@bakerdonelson.com
Email: sgiles@bakerdonelson.com

J. Lane Crowder, TN Bar # 027826
633 Chestnut Street
Suite 1900
Chattanooga, Tennessee 37450
Telephone: (423) 209-4152
Email: lcrowder@bakerdonelson.com

*Counsel for Defendant Manorhouse Management, Inc.*