UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JACOB BRASHIER, <br><br> Plaintiff, <br><br> v. <br><br> MANORHOUSE MANAGEMENT, INC., <br><br> Defendant. | No. 3:21-cv-00092 <br><br> JURY DEMAND |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate and agree to the dismissal of this action with prejudice and with each party to bear its own respective costs and attorneys' fees.

| | |
|---|---|
| **JACOB BRASHIER** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
| By: s/ James W. Friauf (with permission) <br> James W. Friauf <br> LAW OFFICE OF JAMES W. FRIAUF, PLLC <br> 9724 Kingston Pike, <br> Suite 104 <br> Knoxville, Tennessee 37922 <br> Tel.: (865) 236-0347 <br> Fax.: (865) 512-9174 <br> Email: james@friauflaw.com <br><br> *Attorney for Plaintiff Jacob Brashier* | By: s/J. Lane Crowder <br> Jonathan C. Hancock, TN Bar # 018018 (admitted pro hac vice) <br> Shayna Giles, TN Bar # 036023 (admitted pro hac vice) <br> First Tennessee Building <br> 165 Madison Avenue, Suite 2000 <br> Memphis, Tennessee 38103 <br> Telephone: (901) 526-2000 <br> Email: jhancock@bakerdonelson.com <br> Email: sgiles@bakerdonelson.com <br><br> J. Lane Crowder, TN Bar # 027826 <br> 633 Chestnut Street <br> Suite 1900 <br> Chattanooga, Tennessee 37450 <br> Telephone: (423) 209-4152 |

1

Email: lcrowder@bakerdonelson.com

*Counsel for Defendant Manorhouse Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2021, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

By: s/J. Lane Crowder
J. Lane Crowder (TN Bar No. 27826)